AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

### APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   JAMES ASSELIN

_7/12/04_
Date

Signature

Print Name: Roy Anderson

Address: 935 Main St.

City: Spfld   State: MA   Zip Code: 01103

Phone Number: 736-2900