UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 04-CR-30033-MAP |
| | ) |
| RAYMOND ASSELIN, ET AL, | ) |
| Defendants | ) |

SCHEDULING ORDER

October 19, 2005

PONSOR, D.J.

Counsel appeared for a scheduling conference on October 18, 2005. Based on counsel's representations, the court orders as follows:

1. Minor, discovery-related motions will be filed by the defendants no later than November 14, 2005 and opposed by December 2, 2005. It is likely the court will rule on these motions on the papers.

2. Motions to suppress, to dismiss and to sever will be filed by the defendants no later than December 19, 2005. The government will file its opposition by February 10, 2006.

3. Counsel will appear again before this court for argument on contested motions on February 14, 2006 at 2:00 p.m. No evidence will be taken on that day, and motions requiring an evidentiary hearing will be scheduled for a subsequent date.

4. Trial in this case will commence on September 11, 2006. As presently configured, it is expected that the trial will require at least four months.

5. Further status conferences to address trial-related issues will be scheduled during the spring of 2006.

It is So Ordered.

*[signature]*
MICHAEL A. PONSOR
United States District Judge