

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:    (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

September 13, 2006

**BY REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

  Re: United States v. Raymond Asselin, et al.
    <u>Criminal No. 04-CR-30033-MAP</u>

Dear Attorney Rehnquist:

  Please find enclosed copies of an additional Government Exhibit, GX 304: Court File, <u>First National Bank of Boston v. P.J. Richfield, et al.</u>, 92-CV-0284.

  Please also find enclosed a business records certification for GX 240.

          Very truly yours,

          MICHAEL J. SULLIVAN
         United States Attorney

     By:

         STEVEN H. BRESLOW
         Assistant U.S. Attorney

Encl.
cc: Clerk of the Court (MAP) (w/o enclosure)