UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

vs.                                   Criminal No. 04-CR-30033-07-MAP

JAMES ASSELIN

DEFENDANT, JAMES ASSELIN'S,
MOTION FOR DOWNWARD DEPARTURE

Now comes the Defendant, James Asselin, in the above-captioned matter, and moves this Honorable Court, pursuant to 18 U.S.C. ~ 3553(b), U.SSG. Sections SGI .3 and 5K2.O, for a downward departure of the Defendant's Sentence as calculated under the Sentencing Guidelines.

As grounds therefore, the Defendant relies on and incorporates by reference herein his "Objections" to the Presentence Report filed therewith.

WHEREFORE, the Defendant, James Asselin., respectfully requests this Honorable Court allow his Motion for Downward Departure.

THE DEFENDANT,
JAMES ASSELJN

By:     /s/  Roy H. Anderson
     Roy H. Anderson, Esq.
     935 Main Street, Suite 303
     Springfield, MA 01103
     Tel.:    (413) 736-2400
     Fax: (413)788-9178
     BBO #018600

CERTIFICATE OF SERVICE

    I, Roy H. Anderson, Esq., hereby certify that I caused the foregoing document to be served upon the United States Attorney's Office at 1500 Main Street, Springfield, MA, by hand delivery this 22 day of November 2006.

                                /s/ Roy H. Anderson
                              Roy H. Anderson, Esq.
                              935 Main Street, Suite 303
                              Springfield, MA 01103
                              Tel.:   (413) 736-2400
                              Fax: (413)788-9178
                              BBO #018600