UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CR-N-04-30033-MAP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **JAMES ASSELIN** | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files this Motion To Dismiss The Remaining Counts In The Second Superseding Indictment Against James Asselin.

1. On August 29, 2006, the defendant pleaded guilty pursuant to a plea agreement to the following Counts of the Second Superseding Indictment (the "Indictment"): Counts 3, 85, and 86.

2. On November 29, 2006, the defendant was duly sentenced by this Court.

3. Counts 12, 13, 50, 87, 99, 90, and 100 of the Indictment remain pending.

4.   Consequently, the government respectfully moves to dismiss Counts 12, 13, 50, 87, 99, 90, and 100 of the Indictment.

Filed this 30th day of November, 2006.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                                 /s/ Steven H. Breslow
                              STEVEN H. BRESLOW
                              Assistant United States Attorney

CERTIFICATE OF SERVICE
---

Hampden, ss.                                    Springfield, Massachusetts
                                                November 30, 2006


    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing and mailing said motion to:

Roy Anderson, Esq.
935 Main Street, Suite 303
Springfield, MA 01103
Counsel for defendant James Asselin


                                    /s/ Steven H. Breslow
                                    STEVEN H. BRESLOW
                                    Assistant United States Attorney